JOHN ROGERS, *ET AL.*, PLAINTIFFS-PETITIONERS, v. DE-
PARTMENT OF CIVIL SERVICE, *ET AL.*, DEFENDANTS-
RESPONDENTS.

See same case below: 31 *N. J. Super.* 543.

*Mr. Irving L. Rubin* for the petitioners.

*Mr. William N. Gurtman* for the respondents.

November 22, 1954.   Granted.

SUN DIAL CORPORATION, PLAINTIFF-RESPONDENT, v.
CARL D. RIDEOUT, *ET ALS.*, DEFENDANTS-PETITIONERS.

See same case below: 31 *N. J. Super.* 375.

*Messrs. Van Riper & Belmont* for the petitioners.

November 15, 1954.   Granted.